# CRIMINAL COVERSHEET

| | |
|---|---|
| DEFENDANT'S NAME: **Jessie Romeo Rivera** | JUVENILE: No |
| DEFENSE ATTORNEY: | |
| Address: | PUBLIC or SEALED: Sealed |
| | SERVICE TYPE: Warrant |
| | (Summons or Warrant or Notice (if Superseding)) |
| Telephone No.: | ISSUE: Yes |
| INVESTIGATIVE AGENT: Jonathan Riggs | INTERPRETER: No |
| Telephone No.: (208) 859-4053 | If YES, language: |
| AGENCY: Federal Bureau of Investigation | |
| CASE INFORMATION: CR 21-274-S DCN | RELATED COMPLAINT: No  CASE NUMBER: |

*U.S. COURTS  OCT 13 2021  Filed_____Time_____  STEPHEN W. KENYON  CLERK, DISTRICT OF IDAHO*

## CRIMINAL CHARGING INFORMATION

CHARGING DOCUMENT: **Indictment**

| | | |
|---|---|---|
| Felony: | Yes | County of Offense: **Canyon** |
| Class A Misdemeanor: | No | Estimated Trial Time: **4 days** |
| Class B or C Misdemeanor: (Petty Offense) | No | |

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| 21 U.S.C. § 841(a)(1) and (b)(1)(B), 18 U.S.C. § 2 | ONE | Distribution of Methamphetamine | At least 5 years and not more than 40 years imprisonment and/or $5,000,000 fine, at least 4 years supervised release, $100 special assessment |
| 18 U.S.C. § 853 | FORFEITURE ALLEGATION | Drug Forfeiture | Forfeiture of Listed Property |

Date: 13 September 2021    Assistant U.S. Attorney: ERIN C. BLACKADAR
Telephone No.: (208) 334-1211