Courtney M. Peterson ISB# 8002
PETERSON LAWYERS
671 E. Riverpark Lane, Suite 210
Boise, Idaho 83706
Telephone (208) 342-4466
FAX (208) 955-2020
chuck@petersonlawyers.com
courtney@petersonlawyers.com

Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| UNITED STATES OF AMERICA, | Case No. 21-cr-00274-DCN |
|---|---|
| Plaintiff, | **MOTION TO CONTINUE JURY TRIAL** |
| vs. | |
| JESSIE ROMEO RIVERA, | |
| Defendant. | |

Jessie Romeo Rivera moves this Court to continue his trial, which is currently scheduled for March 28, 2022. Counsel's declaration in support of this motion is attached.

Any period of delay resulting from the continuance requested will serve the interests of justice and will give counsel reasonable time to effectively prepare for trial.

Should the parties resolve this case prior to any new trial setting, counsel will notify the Court immediately, so that it can adjust its calendar accordingly.

Dated this 14th day of March 2022.

    //s//
    Courtney M. Peterson
    Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 14th day of March 2022, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, and that a copy was served on the following parties or counsel by email:

Rafael M. Gonzalez, Jr.
Acting United States Attorney
Erin C. Blackadar
Special Assistant United States Attorney
erin.blackadar@usdoj.gov

//s//
Courtney M. Peterson