Courtney M. Peterson ISB# 8002
PETERSON LAWYERS
671 E. Riverpark Lane, Suite 210
Boise, Idaho  83706
Telephone (208) 342-4466
FAX (208) 955-2020
chuck@petersonlawyers.com
courtney@petersonlawyers.com

Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| UNITED STATES OF AMERICA, | Case No. 21-cr-00274-DCN |
|---|---|
| Plaintiff, | **DECLARATION OF COUNSEL IN SUPPORT OF MOTION TO CONTINUE JURY TRIAL** |
| vs. | |
| JESSIE ROMEO RIVERA, | |
| Defendant. | |

Courtney M. Peterson declares as follows in support of Defendant's Motion to Continue Trial:

1. I am an attorney in private practice and a member of the Criminal Justice Act Panel of the District of Idaho and have been appointed as counsel for the Defendant.

2. A jury trial is currently set in this matter starting on March 28, 2022.

3. Settlement negotiations in this case are continuing and the parties require additional time to reach a plea agreement.

4. This motion is brought in good faith, is not for any purpose of improper delay, and is unopposed by the government.

5. For the reasons set forth above, Defendant respectfully requests that the Court continue the trial for no less than 60 days. Mr. Rivera also requests a new deadline

for the filing of any pretrial motions, should the defense investigation reveal information warranting the same or the plea negotiations break down.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 14th day of March 2022.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Courtney M. Peterson
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant

# CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on the 14th day of March 2022, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, and that a copy was served on the following parties or counsel by email:

Rafael M. Gonzalez, Jr.
Acting United States Attorney
Erin C. Blackadar
Special Assistant United States Attorney
erin.blackadar@usdoj.gov

                                                 //s//
                                                 Courtney M. Peterson