UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES GEORGE LINDSAY; and JESSIE ROMEO RIVERA,<br><br>Defendants. | Case No. 1:21-cr-00274-DCN<br><br>**ORDER CONTINUING TRIAL READINESS CONFERENCE AND TRIAL** |

The Court has before it Defendant Charles Lindsay's Unopposed Motion to Continue Trial Readiness Conference and Trial (Dkt. 39) and Defendant Jessie Rivera's Motion to Continue Jury Trial (Dkt. 40). Defense counsel explains that they need additional time to complete their investigation, review discovery and prepare for trial. The Government does not oppose the motions.

Under all these circumstances, the Court finds that a continuance is needed to give defense counsel an opportunity to provide an effective defense. Thus, a continuance is warranted under 18 U.S.C. § 3161(h)(7)(B)(iv), which authorizes a finding of excludable time when the refusal to grant a continuance would "deny counsel for the defendant . . . the reasonable time necessary for effective preparation . . . ." Under these circumstances, the interests of justice in allowing the defense time for effective preparation outweighs

the defendant's and the public's interest in a speedy trial under 18 U.S.C. § 3161(h)(7)(A). The Court finds that the period of time between the present trial date and the new trial date is excludable time under the Speedy Trial Act.

NOW THEREFORE, IT IS HEREBY ORDERED that the Defendant Charles Lindsay's Unopposed Motion to Continue Trial Readiness Conference and Trial (Dkt. 39) and Defendant Jessie Rivera's Motion to Continue Jury Trial (Dkt. 40) shall be, and the same are hereby **GRANTED**, and that the present trial date be VACATED and that a new trial be set for **June 21, 2022 at 1:30 p.m.** in the U.S. Courthouse in Boise, Idaho.

IT IS FURTHER ORDERED that the period of time between the prior trial date and the new trial date be deemed EXCLUDABLE TIME under the Speedy Trial Act, 18 U.S.C. § 3161(h)(6) and (7)(A) & (B).

IT IS FURTHER ORDERED that the current trial readiness conference be VACATED, and that a new trial readiness conference be conducted by telephone on **June 7, 2022 at 4:00 p.m. (MST)** The Government shall place the call to (208) 478-8391 with opposing counsel on the line.

IT IS FURTHER ORDERED that all pretrial motions, except Motions in Limine, shall be filed on or before **May 6, 2022.** Motions in Limine shall be filed on or before **May 21, 2022**.

DATED: March 14, 2022

David C. Nye
Chief U.S. District Court Judge