Courtney M. Peterson ISB# 8002
PETERSON LAWYERS
671 E. Riverpark Lane, Suite 210
Boise, Idaho 83706
Telephone (208) 342-4466
FAX (208) 955-2020
chuck@petersonlawyers.com
courtney@petersonlawyers.com

Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| UNITED STATES OF AMERICA, | Case No. 21-cr-00274-DCN |
|---|---|
| Plaintiff, | **DECLARATION IN SUPPORT OF MOTION TO WITHDRAW AND FOR APPOINTMENT OF SUBSTITUTE COUNSEL** |
| vs. | |
| JESSIE ROMEO RIVERA, | *Filed Under Seal* |
| Defendant. | |

Courtney M. Peterson declares the following in support of the preceding Motion to Withdraw as Counsel:

1. I am a member of the Criminal Justice Act Panel of the District of Idaho and have been appointed as counsel for Mr. Rivera.

2. I was recently made aware that my representation of Mr. Rivera could be directly adverse to another client, thereby creating an unavoidable conflict of interest and requiring my withdrawal as his attorney.

3. A resolution of the case is anticipated, as Mr. Rivera has reviewed the plea agreement offered by the government and has expressed a desire to plead guilty.

4. For this reason, I ask the Court to appoint substitute counsel for Mr. Rivera and allow me to withdraw from further responsibility in this case.

**Declaration in Support of Motion to Withdraw and for Appointment of Substitute Counsel - 1**

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 6, 2022

//s//  
Courtney M. Peterson  
Attorney for Defendant

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on April 6, 2022, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, and that a copy was served on the following parties or counsel by email:

Rafael M. Gonzalez, Jr .
Acting United States Attorney
Erin C. Blackadar
Special Assistant United States Attorney
erin.blackadar@usdoj.gov

    //s//
    Courtney M. Peterson